UNITED STATES of America,
Plaintiff–Appellee,

v.

Angel OLAYA–CARVAJAL, a.k.a.
El Cholo, a.k.a. El Cholito,
Defendant–Appellant.

No. 09–12594

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 2, 2009.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

---

Richard L. Rosenbaum, Fort Dix, NJ, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Defendant–Appellant.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Angel Olaya–Carvajal in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Olaya–Carvajal's convictions and sentences are **AFFIRMED.**